[No. 5748-8-III. Division Three. June 7, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY H. YORK, *Appellant.*

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 7264, Sidney R. Buckley, J., entered March 22, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, A.C.J., and Thompson, J.

[No. 5630-9-III. Division Three. June 7, 1984.]

EDWARD A. TALBOTT, ET AL, *Appellants,* v. ROSEMARY CARLSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Stevens County, No. 22754, Larry M. Kristianson, J., entered January 14, 1983. *Affirmed* by unpublished per curiam opinion.

[No. 6339-5-II. Division Two. June 8, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE MORRIS KOSER, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR-692, John H. Kirkwood, J., entered June 5, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.